Receipt Number: 214781

File Number **DL003672**





**DISSOCIATION**

For

**C & D ACRES, LLC**

Filed at the request of:

C & D ACRES
15006 LONGVIEW RD
RAPID CITY SD 57703

*State of South Dakota*
*Office of the Secretary of State*

Filed in the office of the Secretary of State on: **Monday, May 16, 2011**

*Jason Gant*
Secretary of State

Fee Received: $10.00

**EXHIBIT 3**

Case 5:22-cv-05062-KES   Document 12-3   Filed 10/07/22   Page 2 of 2 PageID #: 159

1/1/11

Annual Meeting C+D Acres LLC minutes

The people present are Dave + Connie Finneman agree that Connie will voluntarily dissociate from C+D Acres LLC because of physical and health reasons.

David Finneman  *David Finn* (signature)  1/1/11

Connie Finneman  *Connie Finneman* (signature) 1/1/11

witness- by: *Kimberly Simmons* (signature) 1/1/11

RECEIVED MAY 16 2011 S.D. SEC. OF STATE

16th day of May 2011
Filed with
CO[NSECRETARY OF STATE]
382 3243