IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| PRODUCERS AGRICULTURE INSURANCE COMPANY, <br><br> Petitioner, <br><br> v. <br><br> DAVID FINNEMAN, <br><br> Respondent. | CASE NO.: 5:22-cv-05062-KES |

## **MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Petitioner, Producers Agriculture Insurance Company ("ProAg"), by and through counsel, and, pursuant to Fed.R.Civ.P. 56, moves the Court for entry of summary judgment in its favor.  The facts as to which ProAg contends there is no genuine issue for trial are set forth in the accompanying statement of material facts, and the grounds and authorities supporting this motion are presented in the accompanying brief.  The record for purposes of this motion consists of the pleadings and documents already on file in this matter, the Affidavit of Vikki Blettner (filed as an attachment to this motion), and the exhibits to said affidavit.

Dated: September 21, 2023          Respectfully submitted,

SIEGEL, BARNETT & SCHUTZ, L.L.P.

*/s/ Reed Rasmussen*
Reed Rasmussen
415 S. Main Street, Suite 400
PO Box 490
Aberdeen, SD  57402-0490
Telephone No. (605) 225-5420
Facsimile No. (605) 226-1911
rrasmussen@sbslaw.net

- AND -

Jeffrey S. Dilley
Henke-Bufkin Law Firm, P.A.
P.O. Box 39
Clarksdale, MS 38614
Telephone:  (662) 624-8500
Facsimile:  (662) 624-8040
E-mail:  jsd@henke-bufkin.com

***Attorneys for Producers Agriculture
Insurance Company***